## COURT OF APPEALS.

*Decisions—June Term, 1848—at the Court Room in the city of Rochester.*

EDMUND R. SHERMAN, plaintiff in error, vs. THE MAYOR, &c., of the city of New York, defendants in error.—*Judgment affirmed.* SAMUEL. SHERWOOD, for plaintiff in error; WILLIS HALL, for defendants in error.

This was a question, whether under a written contract to pay seven cents per cubic yard *for executing the digging* and refilling, the lowest price for excavating common earth, the contractor who executed the work, could charge more than the contract price, where it appeared that a portion of the digging was through hard-pan and rock, and worth much more per cubic yard. *Held,* that the contract price must govern. (Reported, 1 Comstock, 316.)

ROBERT L. TAYLOR, plaintiff in error, vs. ANDREW C. MORRIS, defendant in error.—*Judgment reversed, and venire de novo by the Supreme Court; costs to abide the event.* F. R. SHERMAN, for plaintiff in error; JAMES J. RING, for defendant in error.

This was an action of ejectment. The title of the premises claimed under a will, brought in question the matter in dispute; that is, whether *one executor* can execute *discretionary* (with the executors,) as well as peremptory powers of sale, contained in a will; there being three executors appointed, and two of them neglecting to qualify. *Held,* that he could. (Reported, 1 Comstock, 341.)